UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-5463-R                                         Date: SEPTEMBER 29, 2014

Title:          STARLIGHT CINEMAS, INC.- V.- REGAL ENTERTAINMENT GROUP, et al.
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   Christine Chung                                           None Present
   Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                              None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) TAKING MOTION UNDER
SUBMISSION ON THE PAPERS WITHOUT NEED OF ORAL ARGUMENT

     **The Court has determined that Defendant's Motion to Dismiss Complaint [21] [22] set for hearing on October 20, 2014 at 10:00 A.M., is suitable for a decision on the papers, without the need for oral argument. The said Motion is taken UNDER SUBMISSION, and the hearing date of October 20, 2014 at 10:00 A.M. is VACATED and TAKEN OFF CALENDAR. The briefing schedule based on the hearing date of October 20, 2014 remains unchanged.**

**The Court will issue its ruling on the matter in due course.**

**IT IS SO ORDERED.**

MINUTES FORM 11                                                    Initials of Deputy Clerk ___CCH____
CIVIL -- GEN