BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (State Bar No. 26202)
 *mblecher@blechercollins.com*
Howard K. Alperin (State Bar No. 158809)
 *halperin@blechercollins.com*
T. Giovanni ("John") Arbucci (State Bar No. 249811)
 *jarbucci@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiff
Starlight Cinemas

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STARLIGHT CINEMAS,<br><br>              Plaintiff,<br><br>       vs.<br><br>REGAL ENTERTAINMENT GROUP; and DOES 2 through 50,<br><br>              Defendants. | Case No. 2:14-cv-05463-R-AS<br><br>The Hon. Manuel L. Real<br><br>***NUNC PRO TUNC* FINAL JUDGMENT**   (Dckt No. 48)<br><br>Trial Date:        None set |

Having considered Defendant Regal Entertainment Group's Motion to Dismiss Plaintiff Starlight Cinemas' Complaint, IT IS HEREBY ADJUDGED AND DECREED that:

1. Judgment of dismissal with prejudice is granted and entered in favor of Defendant Regal Entertainment Group and against Starlight Cinemas. Starlight Cinemas shall take nothing by way of its Complaint.

2. This *Nunc Pro Tunc* Final Judgment shall be deemed entered on October 23, 2014.

Dated: June 5, 2015

_____
MANUEL REAL
UNITED STATES DISTRICT JUDGE

75878.1